UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:08-00014, 3:10-00196 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| JOHN CHRISTOPHER HARGROVE | ) | |

**MOTION TO STRIKE**
**EMERGENCY MOTION TO TRAVEL**

*ORDER*

*This motion is GRANTED and the motion (DE No. 185 is DENIED as moot)*

The defendant, John Christopher Hargrove, hereby moves to strike the Emergency Motion to Travel filed in Case No. 3:10-00196 (Docket No. 72) and Case No. 3:08-00014 (Docket No. 185).

*[signed] 6/7/16*

Respectfully submitted,

s/ R. David Baker
R. DAVID BAKER
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203-3805

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2016, I electronically filed the foregoing Motion to Strike Emergency Motion to Travel with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Ms. S. Carran Daughtrey, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, TN 37203.
This motion has also been sent, *via electronic mail*, to Ms. Abigail Dillingham, U.S. Probation Office, Suite A-725 U.S. Courthouse, Nashville, TN 37203.

s/ R. David Baker
R. DAVID BAKER