UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:08-cr-00014 |
| JOHN CHRISTOPHER HARGROVE, | ) | CHIEF JUDGE CRENSHAW |
| Defendant. | ) | |

# ORDER

Defendant's Motion to Continue Status Date, (Doc. No. 216) is **GRANTED**. The status conference scheduled in cases 3:08-cr-00014 and 3:10-cr-00196 for April 24, 2017 at 11:00 a.m. are **RESCHEDULED** for **May 15, 2017** at 2:30 p.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE